Nos. 21-50048, 21-50084

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

IMAAD SHAH ZUBERI,

*Defendant-Appellant.*

*APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
CASE NOS. 2:19-CR-00642, 2:20-CR-00155
THE HONORABLE VIRGINIA A. PHILLIPS*

## GOVERNMENT'S SUPPLEMENTAL EXCERPTS OF RECORD

E. MARTIN ESTRADA
United States Attorney
Central District of California

BRAM M. ALDEN
Assistant United States Attorney
Chief, Criminal Appeals Section
DANIEL J. O'BRIEN
Assistant United States Attorney
Senior Litigation Counsel
Public Corruption/Civil Rights Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Telephone: (213) 894-2468
Email: daniel.obrien@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
for National Security

STEVEN M. DUNNE
Chief, Appellate Unit
VIRGINIA M. VANDER JAGT
Appellate Counsel
National Security Division
U.S. Department of Justice
Washington, DC 20530
Telephone: (202) 616-0741
Email: virginia.vanderjagt@usdoj.gov
Attorneys for Appellee
UNITED STATES OF AMERICA

## SUPPLEMENTAL EXCERPTS OF RECORD

## INDEX

Exhibit 1 to *Government's Opposition to Defendant's Motion for Release Pending Appeal*, ECF No. 392 (filed June 14, 2021) ....................................... SER-3

*Request for Approval of Substitution or Withdrawal of Counsel on a Limited Basis*, ECF No. 357 (filed Apr. 22, 2021) ................................................................. SER-7



# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Contact

| | | | |
|---|---|---|---|
| **Investigation #:** | | **Location:** | USAO 15th Floor Conference Room |
| **Investigation Name:** | IMAAD S. ZUBERI | | |
| **Date:** | April 12, 2018 | | |
| **Approximate Time:** | 11:05AM-12:31PM | | |
| **Participants:** | James Bowman, Subject's Defense Attorney | | |
| | Evan Davis, Subject's Defense Attorney | | |
| | Grant M. Damon-Feng, Subject's Defense Attorney | | |
| | Daniel O'Brien, Assistant U.S. Attorney | | |
| | Mack Jenkins, Assistant U.S. Attorney | | |
| | Hans Park, FBI Special Agent | | |
| | Leah Tanner, FBI Special Agent | | |
| | Crystal Young, IRS Revenue Agent | | |
| | John M. Lucero, IRS Revenue Agent | | |

On the above date and time, a meeting was held at the U.S. Attorney's Office in Los Angeles, California, and present at the meeting were Assistant United States Attorneys ("AUSA") Daniel O'Brien ("O'Brien") and Mack Jenkins ("Jenkins"), FBI Special Agents Hans Park and Leah Tanner, IRS Revenue Agent Crystal Young, and IRS-CI Special Agent John M. Lucero. Also present were IMAAD ZUBERI's ("ZUBERI") attorneys James Bowman ("Bowman"), Evan Davis ("Davis"), and Grant M. Damon-Feng. Below is a summary of the meeting and information proffered by ZUBERI's attorneys.

1. Bowman inquired as to whether he needed to contact the U.S. Attorney's Office in the Southern District of New York. Jenkins responded by saying not at this point, but at some point we will have you contact them since we don't want to be the middleman.

2. O'Brien would like to schedule a follow up meeting sometime at the end of April or early May for Davis and ZUBERI's C.P.A.'s to do their complete presentation.

3. Davis mentioned ZUBERI is out of town and needs time to review the accuracy of the defense analysis. ████████████████████████████
████████████████████████████████████████████████████████

4. Bowman stated ZUBERI is still seeking a deferred prosecution in light of what he could provide.

5. Jenkins responded and stated a deferred prosecution has not been rejected at his level or higher. O'Brien added that he does not want the defense or ZUBERI coming into proffer sessions with the expectation of getting a deferred prosecution given that O'Brien does not see that happening at this point.

6. Bowman said that ZUBERI still has ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. ZUBERI also wants to explore other areas of cooperation.

▮▮▮▮▮▮▮ Davis advised that there are some litigation hazards regarding the tax loss discussion and the size of the case, which is still significant. ▮▮▮▮▮▮▮

8. From a civil aspect, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Davis instructed the accountants that if the expense was reasonable then give it to ZUBERI. ▮▮▮▮▮▮▮

9. Bowman added that ZUBERI's business does not operate like a large firm. ▮▮▮▮▮▮▮

10. Davis stated looking for documents was challenging ▮▮▮▮▮▮▮

11. ▮▮▮▮▮▮▮ ith respect to ZUBERI's business relationships there are two aspects Davis mentioned. ▮▮▮▮▮▮▮

12.  investments for USCares,

13. The two big ticket sources of money that ZUBERI received were for USCares and money from J

14. The two options in terms of looking at the money ZUBERI received are either, one he stole it, or two ZUBERI owes the money back to them and they are fine with it.

15. Davis' ballpark figure for unreported income is approximately .

16. Davis' spoke to various third parties and has some physical written statements as well as some discussions with third parties.

17. Davis' mentioned that if the government is looking for sophisticated means or other such enhancements ZUBERI has various defenses.

18. With respect to completing the subpoena production, Bowman stated there are about 280 more documents to produce to complete production. If things do not work out with respect to these negotiations, then the subpoena production will be completed. Bowman provided assurance that nothing will be destroyed.

19. As a housekeeping matter, ZUBERI has had banks reach out regarding shutting down his accounts. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I prepared this memorandum after refreshing my memory from notes made during and immediately after the meeting.

*John M. Lucero*
John M. Lucero
Special Agent

Name and address:
Ashwin J. Ram (SBN 277513)
aram@steptoe.com
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| v. PLAINTIFF(S) | 2:19-cr-00642-VAP |
| Imaad Shah Zuberi, | REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL *ON A LIMITED BASIS* |
| DEFENDANT(S) | |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission if another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY - ON A LIMITED BASIS (See Attachment 1).

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Ashwin J. Ram                                    CA Bar Number: 277513

Firm or agency: Steptoe & Johnson LLP

Address: 633 West Fifth Street, Suite 1900, Los Angeles, California 90071

Telephone Number: (213) 439-9400                       Fax Number: (213) 439-9599

E-mail: aram@steptoe.com

Counsel of record for the following party or parties: Defendant Imaad Shah Zuberi

Other members of the same firm or agency also seeking to withdraw:

## ATTACHMENT 1

Under Local Rule, 83-2.3.2, counsel for Defendant Imaad Shah Zuberi, Steptoe & Johnson LLP, through Ashwin J. Ram, move to withdraw as counsel on a limited basis. In support of this motion, Mr. Ram states as follows:

Mr. Ram is one of three attorneys retained by Mr. Zuberi in the above listed matter. Mr. Ram is a partner at the law firm of Steptoe & Johnson LLP ("Steptoe"). Consistent with Steptoe's obligations under applicable rules of professional conduct and California Rule 1.16(b)(6), and to avoid any "thrust upon" conflict related to another Steptoe client, Steptoe will not be handling the Brady request, any related filings, or public argument concerning that other client.

Mr. Zuberi has consented to this arrangement and there is no prejudice because existing co-counsel of record, David Warrington of Kutak Rock LLP, will handle those aspects of Mr. Zuberi's representation.