


Nos. 21-50048, 21-50084

# In The United States Court of Appeals for the Ninth Circuit

United States of America, Appellee,

v.

Imaad Shah Zuberi, Defendant-Appellant.

Appeal from the United States District Court for the Central District of California
D. Ct. Nos. 19-cr-00642, 2:20-cr-00155 (Hon. Virginia A. Phillips)

## Government's Classified Brief Filed in Camera and Under Seal with the Classified Information Security Officer

E. Martin Estrada
United States Attorney
Central District of California

Bram M. Alden
Chief, Criminal Appeals Section
Elisa Fernandez
Assistant U.S. Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Matthew G. Olsen
Assistant Attorney General for National Security

Evan N. Turgeon
Acting Deputy Chief
Virginia M. Vander Jagt
Appellate Counsel
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
Telephone: (202) 616-0741
Virginia.Vanderjagt@usdoj.gov
Attorneys for Appellee
United States of America



## (U) CERTIFICATE OF COMPLIANCE

(U) 1. The government's briefs in this case comply with the type-volume limitation set forth in the Court's order of March 30, 2023, because they contain a total of 17,892 words; this brief and the classified addendum contain 12,753 words, and the unclassified brief contains 5,139 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

(U) 2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Office 2019 in 14-point font size and Times New Roman type style.

*/s/ Virginia M. Vander Jagt*
VIRGINIA M. VANDER JAGT
*Appellate Counsel*
*National Security Division*
*U.S. Department of Justice*

Dated: June 28, 2023