# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. 21-50048(L); 21-50084 (Con.) |
| Plaintiff-Appellee, | ) | |
| v. | ) | |
| IMAAD SHAH ZUBERI, | ) | |
| Defendant-Appellant. | ) | |

## DEFENDANT-APPELLANT ZUBERI'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Defendant-Appellant Imaad Shah Zuberi, through counsel, respectfully moves to extend the time in which to file his reply brief (currently due August 30, 2023, Dkt. 90) to October 30, 2022.

Appellant's reply brief was initially due July 31, 2023. Dkt. 84. On July 25, this Court granted Appellant's streamlined request for a 30-day extension to August 30, 2023. Dkt. 90.

The government does not oppose the extension. *See* Decl. ¶ 3. This unopposed motion seeks purely procedural relief. Defendant is in custody serving his sentence.

The good cause for the requested extension is set forth in the accompanying declaration filed under seal.

Dated: August 15, 2023                    Respectfully submitted,

                                          By: /s/ Bruce Bishop

| | |
|---|---|
| Robert J. Eatinger, Jr.<br>ROBERT J. EATINGER, JR., PLLC<br>12190 Abington Hall Place, Unit 208<br>Reston, VA  20190<br>(703) 774-4148 | Ashwin J. Ram (SBN 277513)<br>STEPTOE & JOHNSON LLP<br>633 West Fifth Street, Suite 1900<br>Los Angeles, California 90071<br>(213) 439-9400<br>Facsimile: (213) 439-9599<br><br>Bruce C. Bishop<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave. N.W.<br>Washington, D.C.  20036<br>(202) 429-6747<br>Facsimile: (202) 429-3902<br><br>*Attorneys for Defendant-Appellant Imaad Shah Zuberi* |

CERTIFICATE OF SERVICE

   I hereby certify that I electronically filed the foregoing Unopposed Motion to Extend time to File Reply Brief on August 15, 2023 with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing System.

/s/ Bruce Bishop