**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. 21-50048(L); 21-50084 (Con.) |
| Plaintiff-Appellee, | ) | |
| v. | ) | |
| IMAAD SHAH ZUBERI, | ) | |
| Defendant-Appellant. | ) | |

## MOTION TO WITHDRAW

Counsel Virginia M. Vander Jagt respectfully moves to withdraw as counsel for Plaintiff-Appellee United States of America. As of May 20, 2025, Ms. Vander Jagt will be on administrative leave, and she will no longer be employed by the U.S. Department of Justice after September 30, 2025. The United States will continue to be represented by the remaining counsel of record.

Dated:  May 15, 2025   Respectfully submitted,

By: */s/ Virginia M. Vander Jagt*

Virginia M. Vander Jagt
Appellate Attorney
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
nsdappellate@usdoj.gov
703-485-5529
*Attorney for Plaintiff-Appellee*
*United States of America*

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing on May 15, 2025, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing System.

*/s/ Virginia M. Vander Jagt*